Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing_office@speakeasy.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE ROWLAND, | Case No.:   1:10-cv-00917 SMS |
| Plaintiff, | STIPULATION EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE SANDRA SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 31 day extension of time, to and including February 7, 2011, in which to file her Opening Brief.  All other deadlines set forth in the May 24, 2010 Scheduling Order shall be extended accordingly.

///

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | This request is made at the request of Plaintiff's counsel to allow additional |
| 2 | time to fully research the issued presented. |

DATE: December 16, 2010          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Terrence Rowland

DATE:  December 16, 2010     BENJAMIN B. WAGNER
United States Attorney


BY:   */s/ Leslie Alexander*
Leslie Alexander
Attorneys for defendant Michael Astrue
(by email authorization on 12/06/2010)

PDF created with pdfFactory trial version www.pdffactory.com

Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
MR. TERRENCE ROWLAND, SR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE ROWLAND, | Case No.: 1:10-CV-00917 SMS |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include February 7, 2011, in which to file her Opening Brief; and that all other deadlines set forth in the May 24, 2010 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   December 16, 2010                    /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com