Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing_office@speakeasy.net

Attorneys for Plaintiff TERRENCE ROWLAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE ROWLAND, | Case No.: 1:10-cv-00917 SMS |
| Plaintiff, | SECOND STIPULATION EXTEND TIME; |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | ORDER |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 3 day extension of time, to and including February 10, 2011, in which to file her Opening Brief.

This is Plaintiff's second request. Plaintiff makes this request because the opening brief is not yet complete. Counsel intended to complete the brief today and had several unanticipated client appointments such that the brief could not be finished. Counsel's schedule is heavy and recent medical condition of my daughter does not allow me to come in early or leave late to get the work done as my schedule demands. Counsel has extended other motions just to complete this

motion and counsel has a solid day of hearings tomorrow and is unable to complete this motion timely. While it is not counsel's policy to request a second extension, counsel was going to seek to file the opening brief late; however, as the lateness would be two days, counsel seeks to have this extension granted though counsel intends to file the opening brief on Wednesday, February 9, 2011. Counsel respectfully requests that the extension be granted.

DATE: February 7, 2011          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Terrence Rowland

DATE: February 7, 2011          BENJAMIN B. WAGNER
United States Attorney

/s/ *Leslie Alexander*

BY: _____
Leslie Alexander
Attorneys for defendant Michael Astrue

Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
MR. TERRENCE ROWLAND, SR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRENCE ROWLAND,<br><br>      Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security.<br><br>      Defendant. | Case No.: 1:10-CV-00917 SMS<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include February 10, 2011, in which to file her Opening Brief; and that all other deadlines set forth in the May 24, 2010 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   February 8, 2011              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE